# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Sandra M. Capouch,

        Plaintiff(s),                AMENDED JUDGMENT

vs.                            3:04-cv-421

Cook Group Incorporated,

        Defendant(s).

The Clerk's Judgment filed on June 5, 2006 within this matter is hereby amended to include the Clerk's Taxation of Costs filed on July 31, 2006 in the amount of $2,997.60 in favor of the Defendant against the Plaintiff;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 31, 2006 Order.

Signed: August 2, 2006

Frank G. Johns, Clerk
United States District Court